EXHIBITM



| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VA0002049672
Search Results: Displaying 1 of 1 entries



*Published Group of Photos, *EXCLUSIVE* Rihanna is sexy in denim at Kendrick...*

| | |
|---:|:---|
| Type of Work: | Visual Material |
| Registration Number / Date: | VA0002049672 / 2017-05-26 |
| Application Title: | Published Group of Photos, *EXCLUSIVE* Rihanna is sexy in denim at Kendrick Lamar's Coachella Performance - set number AG_819057 - 8 images, 4/17/2017. |
| Title: | Published Group of Photos, *EXCLUSIVE* Rihanna is sexy in denim at Kendrick Lamar's Coachella Performance - set number AG_819057 - 8 images, 4/17/2017. |
| Description: | Electronic file (eService) |
| Copyright Claimant: | AKM-GSI Media, Inc., Transfer: By written agreement. Address: 409 N Pacific Coast Highway, #431, Redondo Beach, CA, 90277, United States. |
| Date of Creation: | 2017 |
| Date of Publication: | 2017-04-17 |
| Nation of First Publication: | United Kingdom |
| Alternative Title on Application: | *EXCLUSIVE* Rihanna is sexy in denim at Kendrick Lamar's Coachella Performance - set number AG_819057 - 8 images |
| Authorship on Application: | Roger Figueroa; Domicile: United States. Authorship: photograph. |
| Rights and Permissions: | Maria Buda, AKM-GSI Media, Inc., 409 N Pacific Coast Highway, #431, Redondo Beach, CA, 90277, United States, (917) 242-1505, (310) 798-9111, mbuda@akmgsi.com |
| Contents: | *EXCLUSIVE* Rihanna is sexy in denim at Kendrick Lamar's Coachella Performance - set number AG_819057 - 8 images, 1-8. |
| Names: | Figueroa, Roger<br>AKM-GSI Media, Inc. |



### Save, Print and Email (Help Page)

Select Download Format: Full Record    Format for Print/Save

Enter your email address: _____   Email