EXHIBIT Z





















































































































