EXHIBIT AA

# Copyright
United States Copyright Office



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = *EXCLUSIVE* Beyonce and Blue Ivy seen leaving an event in L.A.
Search Results: Displaying 1 of 1 entries

### *EXCLUSIVE* Beyonce and Blue Ivy seen leaving an event in L.A. - set number...

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002136885 / 2019-01-28 |
| **Application Title:** | *EXCLUSIVE* Beyonce and Blue Ivy seen leaving an event in L.A. - set number BGUS_1465072 - 10 images |
| **Title:** | *EXCLUSIVE* Beyonce and Blue Ivy seen leaving an event in L.A. - set number BGUS_1465072 - 10 images. [Group registration of published photographs. 10 photographs. 2019-01-24 to 2019-01-24] |
| **Description:** | 10 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2019 |
| **Publication Date Range:** | 2019-01-24 to 2019-01-24 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Jose Hernandez Duran; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in January 2019 (10 photographs): 18561677, 18561678, 18561679, 18561680, 18561681, 18561682, 18561683, 18561684, 18561685, 18561686 |
| **Names:** | Duran, Jose Hernandez<br>BackGrid USA, Inc. |



**Save, Print and Email (Help Page)**
Select Download Format [Full Record]  Format for Print/Save
Enter your email address: [        ] Email

Help  Search  History  Titles  Start Over