EXHIBIT AC



United States Copyright Office

The Library's catalogs are currently affected by performance issues. Staff are investigating the problem. We apologize for any inconvenience to our users.

Help  Search  History  Titles  Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = *PREMIUM-EXCLUSIVE* Is Joanna Gaines remodeling Jennifer Lopez new house in
Search Results: Displaying 1 of 1 entries

previous  next

Labeled View

### *PREMIUM-EXCLUSIVE* Is Joanna Gaines remodeling Jennifer Lopez new house in...

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002146401 / 2019-04-05 |
| **Application Title:** | *PREMIUM-EXCLUSIVE* Is Joanna Gaines remodeling Jennifer Lopez new house in Malibu? - set number BGUS_1504621 - 79 images |
| **Title:** | *PREMIUM-EXCLUSIVE* Is Joanna Gaines remodeling Jennifer Lopez new house in Malibu? - set number BGUS_1504621 - 79 images. [Group registration of published photographs. 79 photographs. 2019-03-04 to 2019-03-04] |
| **Description:** | 79 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2019 |
| **Publication Date Range:** | 2019-03-04 to 2019-03-04 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Leonardo Dobner; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in March 2019 (79 photographs): 19355595, 19355596, 19355597, 19355598, 19355599, 19355600, 19355601, 19355602, 19355603, 19355604, 19355605, 19355606, 19355607, 19355608, 19355609, 19355610, 19355611, 19355612, 19355613, 19355614, 19355615, 19355616, 19355617, 19355618, 19355619, 19355620, 19355621, 19355622, 19355623, 19355624, 19355625, 19355626, 19355627, 19355628, 19355629, 19355630, 19355631, 19355632, 19355633, 19355634, 19355635, 19355636, 19355637, 19355638, 19355639, 19355640, 19355641, 19355642, 19355643, 19355644, 19355645, 19355646, 19355647, 19355648, 19355649, 19355650, 19355651, 19355652, 19355653, 19355654, 19355655, 19355656, 19355657, 19355658, 19355659, 19355660, 19355661, 19355662, 19355663, 19355664, 19355665, 19355666, 19355667, 19355668, 19355669, 19355670, 19355671, 19355672, 19355673 |
| **Names:** | Dobner, Leonardo |
| | BackGrid USA, Inc. |

*PREMIUM-EXCLUSIVE* Is Joanna Gaines remodeling Jennifer Lopez new house in Malibu? - set number BGUS_1504621 - 79 images

[◀ previous] [next ▶]

**Save, Print and Email (Help Page)**

Select Download Format [Full Record ▼]  [Format for Print/Save]

Enter your email address: [_____]  [Email]

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page