EXHIBIT AD



































