EXHIBIT AE



magic0 ⑊ #Repost (@tmz_tv (@get_report)
・・・
Look What You Made Me Do  TaylorSwift  is
always a bridesmaid, @ #taylorswift #tmz
#bridesmaid

26 likes