EXHIBIT AF

