EXHIBIT AG









**0 comments**

· *livefyre* 🔥

**Sign In**

**1 person listening**

Newest | Oldest

There are no comments yet. Be the first to post your thoughts. Sign In or Register.





 

  

Posted: April 17, 2017

# SAM HUNT IS A MARRIED MAN!

Photos have surfaced of Sam Hunt's intimate Georgia wedding! We can always count on TMZ for the full scoop. The wedding ceremony was at a Methodist church in Sam's hometown of Cedartown, Georgia in front of a small group of about 150 of their closest friends and family members. The reception followed at a place called In The Woods in Rockmart, Georgia. The couple is NOT selling photos to the gossip sites, and we would never expect Sam to do that. Check out the photos TMZ got from the wedding, and even a photo of the venue. Congrats Sam & Hannah!











