EXHIBIT AH

Posted: June 02, 2017

# FANS ARE SPECULATING OVER BLAKE SHELTON AND GWEN'S STEFANI'S RECENT VISIT TO THE RECORDING STUDIO

Comments    0

RELATED

View Larger

By Melinda Lorge

Courtesy of Rare Country

Blake Shelton and Gwen Stefani are pros at mixing business with pleasure. In fact, the cute couple of one year recently wrapped up Season 12 of "The Voice," where they competed against each other as coaches.

Now, it looks like the lovebirds might be working on a new project, as a team.

**RELATED:** A country troublemaker calls out Luke Bryan and Blake Shelton in new song

The two were spotted heading into a Los Angeles-based recording studio on June 1, according to "Entertainment Tonight." Their destination has fans wondering if they're working on a song together – or perhaps, an entire album!

View Larger

The Instagram shot above shows Gwen casually clad in an army jacket and a pair of blue jeans. Blake, who walks alongside her, looks comfortable in a black button-down shirt and his signature Smithworks Vodka ball cap.

Even though she's a rock star and he's a country singer, seeing them collaborate musically is not all that surprising. In 2016, they released a heartfelt duet called "Go Ahead and Break My Heart," as part of Blake's "If I'm Honest" album.

**RELATED:** Blake Shelton remains one of country music's most influential powerhouses

They both have also expressed interest in writing and recording together again. "Man, I hope so," Blake admitted to ET, earlier this year. Then, back in March, Gwen told the outlet that she was working on some new music in the studio. However, she didn't give away any details.

So, would you be excited to hear new music from Gwen and Blake? We'd love to hear your thoughts.

Comments    0

0 comments

Sign in

◇ Share    Post comment as...

Newest | Oldest

There are no comments yet. Be the first to post your thoughts. Sign in or Register.

Y100 San Antonio's HOUSE OF LUCK'S

Y100 San Antonio Twitter.com

CLICK TO SEE THIS WEEK'S RECIPE

Y100 SALOON

DRINK OF THE WEEK

DON RAMON TEQUILA DRINK OF THE WEEK

© 2017 COX MEDIA GROUP. By using this website, you accept the terms of our VISITOR AGREEMENT and PRIVACY POLICY, and understand your options regarding AD CHOICES.
Learn about CAREERS AT COX MEDIA GROUP

rovi    Portions of Content Provided by Rovi Corporation. © 2017 Rovi Corporation

READ

# Fans are speculating over Blake Shelton and Gwen's Stefani's recent visit to the recording studio







Blake Shelton just dropped a tweet that has his fans a little worried



# BLAKE SHELTON AND GWEN STEFANI MAY BE RECORDING TOGETHER

By WalshOnK923

Hope really paid off! Blake and Gwen became "Shefani" for real, the girlfriend only! It because it may be happening. ... On Thursday, Blake Shelton and Gwen Stefani were caught on camera heading into an L.A. recording studio together. The two were dressed casually, with both sporting jeans and holding their phones in their hands as they made their way into the Hollywood facility. The Hollywood Nashville power couple previously collaborated on the 2016 single "Go Ahead and Break My Heart," which appeared on Shelton's most recent album *If I'm Honest.*

*Photo credit: Sam Panama-Corsino/In Nashville-LA Carlo Underwood Gretna Gwen Hubbard De Irvington Break Firing*

See how Florida Hospital Takes on Cancer