EXHIBIT AI

Instagram



**magic949**

magic949 The photo might be blurry but the message is loud and clear!!! We see you, Jelena. We see you.

12 likes

NOVEMBER 13

Log in to like or comment.