# EXHIBIT AJ

www.instagram.com/p/BHc_nfXh7n1 __ at __ 2018-01-18 07:36:37 -08:00

Instagram

Search          Sign Up   Log In



hits973

Follow

**hits973** Look how cute! @taylorswift and her bae #tomhiddleston celebrating the the 4th of July holiday!

**j_e_n_i_m_** #whore @claudiaaaa_xo

**jessmoniita** @itsmaymeza se las operó ella era una tabla

161 likes

JULY 4, 2016

Log in to like or comment.

Sign up for Instagram
Sign up to see photos and videos from friends and discover other accounts you'll love.

Sign Up   Log In