EXHIBIT AK



 hits973 • Follow

**hits973** First weekend of #coachella was 🔥! From #Selena and #TheWeeknd major PDA, to #LadyGaga playing a new song called #TheCure, catch all the action in our gallery. #DJLMS @djlaz973 @janetzy973 @missbryan973 #Tyga #Kylie #Kendall #NickJonas #Rihanna #louistomlinson #katyperry

**saraleoneofficial** this is awesome...

108 likes

APRIL 17, 2017

Add a comment…