EXHIBIT AL

