EXHIBIT AM





hits973

hits973 #Repost @katyperry
♥BILL & HILL 4EVA♥ Hair, makeup & prosthetics by: @tonygardner @Makeup_man @Carltoncoleman_makeupfx @mthreemfx
Wardrobe by: @sweetbabyjamie
Trump troll by: @jwujek & @shokrala
estela0321 @lamayera1969
lamayera84 Hilarious. @estela0321

172 likes
OCTOBER 31, 2016