EXHIBIT AN

