EXHIBIT AO

__ www.instagram.com/p/BV9fMi_IGkC __ at __ 2018-01-18 19:33:33 -08:00 __

 | Instagram                    🔍 Search          Get the app    Sign up | Log in



 **power953** ✓                          Follow

**power953** Issa Couple? #AmberRose X #21Savage #POWERGetUpCrew

**chaseboytc06** Wow this nigga look so special

**rosemarykimxo** @Alzatejuli omg

**alzatejuli** @rosemarykimxo gross 🤮

**_bre.jashon_** 🤔What a downgrade-Damn Amber desperate much? ♓♓♓

**shastita** Ewww lol

**tia_the_beautiful** Gag

**dj_famous36** Lol

**lunchtrae** 🤣🤣🤣😂😂😂😂😂

**rawr0xybaby** Ewwwwww total can't lmao someone said Gag 🤣🤣🤣

**_malave79** 🤮😂🤣🤣🤣🤣🤣

**brooklynfatal** Nawwwww mannnnn this raggity ass nigga

♡  ○

70 likes

JUNE 30, 2017

Log in to like or comment.                    ···

ABOUT US   SUPPORT   BLOG   PRESS   API   JOBS   PRIVACY   TERMS   DIRECTORY   LANGUAGE          © 2018 INSTAGRAM