EXHIBIT AP

Instagram

Sign Up  Log In



 power953

Follow

**power953** #TheWeeknd & #SelenaGomez #POWERCouple
**siasmusic** Cool!

301 likes

AUGUST 22, 2017

Log In to like or comment

Sign up for Instagram
Sign up to see photos and videos from friends and discover other accounts you'll love.

Sign Up  Log In