EXHIBIT AQ

www.instagram.com/p/BeBlsHon8T1 at 2018-01-16 13:33:33 -08:00



power953

Follow

**power953** Our friends in Hollywood are reporting #KimKardashian and #KanyeWest's surrogate has had their Baby girl.

78 likes

4 HOURS AGO

Log in to like or comment.