# EXHIBIT AR



star945 • Follow



star945 Remember when everyone was talking about Blue Ivy's hair? NOW LOOK! She has more hair than everybody    . #Inches #STAR945 #RandB #BlueIvy #Length #Beyonce #OrlandoRadio

blonde1d Beautiful

j.bunny.taylor

buttafly311 Team natural! They always hatin on the natural hair not realizing shrinkage will fool them every time.

nailsbymen So true

142 likes

4 DAYS AGO

Add a comment...