EXHIBIT AS




**1073soloexitos** Jennifer Lopez se dirige a Joanna Gaines de HGTV en busca de ayuda para remodelar su casa de playa en Malibu valorada en $6.6 millones.

**cecy6860** What, very nice

13 likes
10 HOURS AGO